## CARTER v. BELLAMY.

No parol evidence admissible, to show the extent or legal operation of a writing, or to contradict it.

ACTION — Assumpsit. Plea, setting forth a settlement and discharge, in the following words:—" Know all men, by these presents, that I, John Carter, have received £63 16s. 4d. lawful money, of Matthew Bellamy, in full of all debts, dues and demands, of every kind whatsoever, from the beginning of the world to this day."

Replication.— Confessing the discharge pleaded, but alleging that it was given in settlement of transactions and demands not included in the present action, and traversing that said sum of £63 16s. 4d. was received in full satisfaction; and that said writing was given in discharge of this action.

Witnesses were produced to prove, that said writing was not given in discharge of this action; but were not admitted: For,

By the COURT. The discharge is explicit, and contains no ambiguity; therefore, no parol evidence can be admitted, to show the extent or legal operation of it; nor can such evidence be admitted, to oppose or contradict the writing.